ROBERT CARTWRIGHT, Respondent, *v.* FRANK H. McKINNON, as Administrator of the Estate of JAMES R. BAUMES, Deceased, Appellant.

*Cartwright* v. *McKinnon*, 159 App. Div. 927, affirmed.
(Argued January 28, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 10, 1914, affirming a judgment in favor

of plaintiff entered upon the report of a referee in an action to recover moneys alleged to have been in the hands of defendant's intestate belonging to plaintiff.

*C. L. Andrus* for appellant.

*William Thorp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.